**Connie J. WIMER, Petitioner,**

v.

**The PEOPLE of the State of Colorado, Respondent.**

**No. 90SC522.**

Supreme Court of Colorado, En Banc.

April 25, 1991.

## ORDER OF COURT

Upon consideration of the Record on Appeal, together with the Written and Oral Arguments of Counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Petition for Writ of Certiorari heretofore

granted be, and is, DENIED as having been improvidently granted.